██ HYMAN SHIRE et al., Appellants, v. THOMAS BORNSTEIN, Respondent. In the Matter of SUSAN SHIRE, as Administratrix of the Estate of HYMAN SHIRE, Deceased, et al., Appellants, against THOMAS BORNSTEIN, Respondent. —Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 74.]